**Entered on Docket**
**February 22, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities
Corporation, Mortgage Pass-Through Certificates Series 2007-AR5
09-78041

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-32151-bam |
| Daniel L. Jaykins and Beverly S. Jaykins | Date:  1/26/2010<br>Time: 1:30 p.m. |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2007-AR5, its assignees and/or successors in interest, of the subject property, generally described as 5508 Donald Road, Las Vegas, NV 89131, and legally described as follows:

> That portion of the Northeast Quarter (NE 1/4) of the Northwest Quarter (NW 1/4) of Section 24, Township 19 South, Range 60 East, M.D.B.&M., described as follows:

> Lot 123 as depicted on that certain Record uf Survey in File 52, Page 70, in the Office of the County Recorder of Clark County, Nevada, and recorded October 18, 1989 in Book 891018 as Document No. 00517, and adopted and approved as set forth in . Judgment and Decree Quieting Title and Prior Decisions and Orders tiled in Case No. A233462 and Case No. A274127, in the Eighth Judiciall district Court of the State of Nevada, in and for the County of Clark and  recorded October 26, 1989 in Book 891026 as Document No. 00794. Clark County,Nevada.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

///

///

///

///

///

///

///

///

///

///

1    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured

2   Creditor shall record a new Notice of Default.

3          DATED this _____ day of _____, 2010

4   Submitted by:
    **WILDE & ASSOCIATES**
5
6   By:___ /s/Gregory L. Wilde, Esq____
    **Gregory L. Wilde, Esq.**
7   Attorney for Secured Creditor
    208 South Jones Boulevard
8   Las Vegas, Nevada 89107

9   APPROVED / DISAPPROVED
    By:
10  Heather E. Kemp
11  7435 W. Azure Drive
    Suite 110
12  Las Vegas, NV 89130
    Attorney for Debtor(s)
13
    Nevada Bar No: 6374
14

15  APPROVED / DISAPPROVED
16  By:_____
    William A. Leonard
17  6625 S. Valley View #224
    Las Vegas, NV  89119
18  Chapter 7 Trustee

19

20

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.

\_x\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_X\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_x\_    failed to respond to the document


\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed to respond to the document

\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

/s/ Gregory L. Wilde. Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor